**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ZACHARY Z. TEICH | : | |
| 10021 Marshall Pond Road | : | |
| Burke, Virginia  22015, | : | |
| | **:** | |
| Plaintiff, | : | Civil Action No. |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT | : | |
| OF STATE | : | |
| 2201 C Street, N.W. | : | |
| Washington, D.C.  20520, | : | |
| | : | |
| HON. HILLARY RODHAM CLINTON, | : | |
| Secretary of State, | : | |
| 2201 C Street, N.W. | : | |
| Washington, D.C.  20520, | : | |
| | : | |
| and, | : | |
| | : | |
| UNITED STATES DEPARTMENT | : | |
| OF STATE CONTRACT REVIEW | : | |
| PANEL | : | |
| 2201 C Street, N.W. | : | |
| Washington, D.C.  20520, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| Serve:  Hillary Rodham Clinton | : | |
| U.S. Department of State | : | |
| 2201 C Street, N.W. | : | |
| Washington, D.C.  20520 | : | |
| | : | |
| and | : | |
| | : | |
| Ronald C. Machen, Jr. | : | |
| United States Attorney for the | : | |
| District of Columbia | : | |
| Judiciary  Center Building | : | |
| 555 Fourth Street, NW | : | |
| Washington, D.C.  20530 | : | |
| | : | |
| and | : | |

HON. ERIC H. HOLDER, JR.          :
United States Attorney General     :
901 Pennsylvania Avenue, NW        :
Washington, DC 20530               :

## COMPLAINT

This is a Complaint for corrective action under the Administrative Procedures Act, 5

U.S.C. § 701 et seq.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over Plaintiff's claims pursuant to the Administrative

Procedures Act, 5 U.S.C. § 702.

2.      Venue is proper in this District pursuant to the Administrative Procedures Act, 5

U.S.C. § 703.

## PARTIES

3.      Plaintiff Zachary Z. Teich was previously employed as a Senior Policy Advisor

and Project Manager by Defendant Department of State, and is a citizen and resident of the

Commonwealth of Virginia.

4.      Defendant Department of State is an executive agency of the United States

Government within the meaning of the Administrative Procedures Act.  The Department of State

is being sued on account of the acts of its Contract Review Panel.

5.      Defendant Hillary Rodham Clinton is the Secretary of State.  Defendant Clinton is

being sued in her official capacity as the agency head of the Department of State and its

component, the Contract Review Panel.

## FACTS COMMON TO ALL COUNTS

6.      Zachary Z. Teich is a retired Foreign Service Officer who served the Department of State with distinction for twenty-seven years prior to his retirement in 2006.  After his retirement and effective October 1, 2006, Mr. Teich was hired by the Department of State under a Personal Services Contract renewable annually for five years.  His performance in fact was reviewed annually, and the contract was renewed annually for each of those five years.

7.      During the period of the fifth year of the Personal Services Contract, Mr. Teich's performance was again reviewed.  EffectiveOctober 1, 2011, the Department of State then hired Mr. Teich under a second Personal Services Contract, also renewable annually for five years.

8.      Mr. Teich's performance was reviewed again in 2012, and the Personal Services Contract was extended another year beginning October 1, 2012.

9.      On December 6, 2012, the Chair of the Department of State's Contract Review Panel determined that Mr. Teich did not meet the fitness requirements for employment on Department of State contracts.  Accordingly, his ability to serve under his current Personal Services Contract was terminated the close of business December 7, 2012.

10.     Representatives of the Department of State Office which employed Mr. Teich met with the Chair of the Contract Review Panel on or about December 20, 2012, to review the decision of the Chair.  Counsel for Mr. Teich also requested further consideration of the decision by the Contract Review Panel.  Counsel for Mr. Teich was advised that the decision would not be reviewed on January 7, 2013.

11.     The decision of the Contract Review Panel also suspends Mr. Teich's eligibility for employment as a contract employee with the Department of State for two years.

12.     The Contract Review Panel determines the suitability of contract employees to maintain eligibility for employment with the Department of State.  The Contract Review Panel

conducts such suitability determinations pursuant to internal procedures designed to ensure due process to the contract employee.

13.     The Contract Review Panel determines the suitability of contract employees to maintain eligibility for employment with the Department of State by applying the same standards of conduct used by the Department of State for Full Time Employees.  The purpose of the use of these standards is to ensure due process to the contract employee.

### COUNT ONE – Violation of Procedural Due Process

14.     Mr. Teich has a property interest in his contractual employment with the Department of State.  As part of that property interest, he is afforded certain procedures by the Contract Review Panel before any action is taken that would adversely affect his employment and his professional reputation.

15.     The Contract Review Panel failed to follow the procedures due Mr. Teich in its decision to find him unsuitable for contract employment, in violation of Mr. Teich's constitutional rights and in violation of 5 U.S.C. § 706(2)(D).

### COUNT TWO – Violation of the Administrative Procedures Act

16.     The decision of the Contract Review Panel was arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law, including but not limited to the following respects:

      a.     The Contract Review Panel failed to follow its own procedures;

      b.     The decision of the Contract Review Panel arbitrarily and capriciously departs from the standard the Contract Review Panel employs in its review of employee suitability, in that a Full Time Employee would not have been subject to removal or discipline based on the facts as related to Mr. Teich.

4

17.     The decision of the Contract Review Panel is unlawful pursuant to 5 U.S.C. § 706(2)(A) and 5 U.S.C. § 706(2)(D).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Zachary Z. Teich prays that the Court hold unlawful and set aside Defendants' determination that he does not meet the fitness requirements for Department of State contracts and that he is suspended from such contracts for a period of two years, and for such other relief as may be appropriate.

Date:  January 7, 2013                          HANNON LAW GROUP


    *s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax:  (202) 232-3704
jhannon@hannonlawgroup.com

*Attorney for Plaintiff*